IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) ) | |
| v. | ) ) | Cr. No. 07– 261 (RWR) |
| CHRISTINA SONG, | ) ) ) | |
| Defendant. | ) ) | |

NOTICE OF APPEARANCE

To the Clerk of this Court:

By this Notice, please enter the appearance of John W. Kern as retained counsel on behalf Defendant Christina Song.

      /s/   John W. Kern
John W. Kern
D.C. Bar #413262
919 Eighteenth Street, N.W.
Suite 350
Washington, D.C. 20006
202-659-0509

Date:   October 8, 2007

## Certificate of Service

I hereby certify that on October 8, 2007, the foregoing Notice of Appearance was filed electronically with this Court and that copies of this Notice were served upon government counsel by electronic means through the Court's ECF System, and via first-class mail as follows:

electronic notification

Michael K. Atkinson, Esq.
Assistant United States Attorney
michael.atkinson@usdoj.gov

first-class mail

Hank B. Walther, Esq.
Trial Attorney
United States Department of Justice
Fraud Section, Third Floor
1400 New York Avenue, N.W. 20005


      /s/   John W. Kern
      John W. Kern