AO 455 (Rev. 5/85)   Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

WAIVER OF INDICTMENT

CASE NUMBER: 7-261



**FILED**

NOV 16 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, _Christina Song_, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __11/16/07__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _M. Roberts_
Judicial Officer