U.S. Department of Justice
U.S Attorneys

# United States District Court for the District of Columbia

FILED
NOV 15 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA    :

V.    :    Case No. 07-0261 (RWR)

CHRISTINA SONG,    :

    Defendant.    :

## ORDER

1. Upon a representation by the United States that the defendant has never been subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is the __16th__ day of __NOVEMBER, 2007__ ORDERED: a date convenient for the parties

3. That if the defendant is released on bond that he or she be accompanied on by __Special Agent Patrick Westerhaus__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __Federal Bureau of Investigation__ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshall shall release the defendant to the custody of __Special Agent Patrick Westerhaus__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

Judge ~~XXXX Magistrate~~ RICHARD W. ROBERTS

DOJ USA-16-80

DEFENSE COUNSEL