UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | **CRIMINAL NO. 07-261 (RWR)** |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **CHRISTINA SONG,** | : | |
| | : | |
| Defendant. | : | |

## JOINT STATUS REPORT

On November 16, 2007, the Court held a plea hearing in which defendant Christina Song pled guilty to a two-count Information charging her with one count of conspiracy to defraud the United States (18 U.S.C. § 371) and one count of mail fraud (18 U.S.C. §§ 1341, 2), as well as forfeiture (18 U.S.C. § 981, 28 U.S.C. § 2461). At that hearing, the parties requested that a sentencing date be postponed for three months and that the parties submit a joint status report by February 19, 2008. The parties now jointly request that the defendant's sentencing date be postponed an additional three months to allow the defendant to continue to provide assistance to the government's investigation. The parties further request that the Court enter an order directing the parties to submit a joint status report by May 19, 2008.

Counsel for the government has conferred with counsel for defendant Song, and he concurs with proceeding requests.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
IN AND FOR THE DISTRICT OF COLUMBIA

        BY:          /s/ Michael K. Atkinson
Michael K. Atkinson
Assistant United States Attorney
D.C. Bar #430517
United States Attorney's Office
555 4th Street, NW
Washington, D.C. 20530
(202) 616-3702

   /s/ Hank Bond Walther
Hank Bond Walther
D.C. Bar # 477218
Trial Attorney
Fraud Section, Criminal Division
United States Department of Justice
1400 New York Avenue, NW
Washington, D.C. 20005
(202) 257-6176

Date:   February 18, 2008

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | **CRIMINAL NO. 07-261 (RWR)** |
| **v.** | : | |
| | : | |
| **CHRISTINA SONG,** | : | |
| Defendant. | : | |

### ORDER

**WHEREAS**, on November 16, 2007, the Court held a plea hearing in which defendant Christina Song pled guilty to a two-count Information charging her with one count of conspiracy to defraud the United States (18 U.S.C. § 371) and one count of mail fraud (18 U.S.C. §§ 1341, 2), as well as forfeiture (18 U.S.C. § 981, 28 U.S.C. § 2461);

**WHEREAS**, at that hearing, the parties requested that a sentencing date be postponed for three months and that the parties submit a joint status report by February 19, 2008;

**WHEREAS**, on February 18, 2008, the parties filed a Joint Status Report requesting that the defendant's sentencing date be postponed an additional three months to allow the defendant to continue to provide assistance to the government's investigation;

Based on the above and the entire record in this matter, it is this ____ day of February 2008 hereby

**ORDERED** that the parties shall file a joint status report on or before May 19, 2008.

_____
Richard W. Roberts
United States District Court Judge