UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CRIMINAL NO. 07-261 (RWR) |
| v. | : | |
| | : | FILED |
| CHRISTINA SONG, | : | FEB 21 2008 |
| Defendant. | : | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

## ORDER

**WHEREAS**, on November 16, 2007, the Court held a plea hearing in which defendant Christina Song pled guilty to a two-count Information charging her with one count of conspiracy to defraud the United States (18 U.S.C. § 371) and one count of mail fraud (18 U.S.C. §§ 1341, 2), as well as forfeiture (18 U.S.C. § 981, 28 U.S.C. § 2461);

**WHEREAS**, at that hearing, the parties requested that a sentencing date be postponed for three months and that the parties submit a joint status report by February 19, 2008;

**WHEREAS**, on February 18, 2008, the parties filed a Joint Status Report requesting that the defendant's sentencing date be postponed an additional three months to allow the defendant to continue to provide assistance to the government's investigation;

Based on the above and the entire record in this matter, it is this 20th day of February 2008 hereby

**ORDERED** that the parties shall file a joint status report on or before May 19, 2008.

_____
Richard W. Roberts
United States District Court Judge