UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | **CRIMINAL NO. 07-261 (RWR)** |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **CHRISTINA SONG,** | : | |
| | : | |
| Defendant. | : | |

**JOINT STATUS REPORT**

On November 16, 2007, the Court held a plea hearing in which defendant Christina Song pled guilty to a two-count Information charging her with one count of conspiracy to defraud the United States (18 U.S.C. § 371) and one count of mail fraud (18 U.S.C. §§ 1341, 2), as well as forfeiture (18 U.S.C. § 981, 28 U.S.C. § 2461). At that hearing, the parties requested that a sentencing date be postponed for three months and that the parties submit a joint status report by February 19, 2008. On February 18, 2008, the parties jointly requested that the defendant's sentencing date be postponed an additional three months to allow the defendant to continue to provide assistance to the government's investigation. The Court granted the parties' request and ordered that the parties submit a joint status report by May 19, 2008.

The government now requests that the Court set a sentencing date for defendant Song in early September 2008. The government proposes the following dates: September 3, 4 or 5, 2008.

Counsel for the government has conferred with counsel for defendant Song, and he concurs with proceeding with setting a sentencing date on one of the three dates proposed above.

                                        Respectfully submitted,

                                        JEFFREY A. TAYLOR
                                        UNITED STATES ATTORNEY
                                        IN AND FOR THE DISTRICT OF COLUMBIA

BY:                  /s/ Michael K. Atkinson
                                        Michael K. Atkinson
                                        Assistant United States Attorney
                                        D.C. Bar #430517
                                        United States Attorney's Office
                                        555 4th Street, NW
                                        Washington, D.C. 20530
                                        (202) 616-3702

                                        /s/ Hank Bond Walther
                                        Hank Bond Walther
                                        D.C. Bar # 477218
                                        Trial Attorney
                                        Fraud Section, Criminal Division
                                        United States Department of Justice
                                        1400 New York Avenue, NW
                                        Washington, D.C. 20005
                                        (202) 257-6176

Date:   May 19, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | **CRIMINAL NO. 07-261 (RWR)** |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **CHRISTINA SONG,** | : | |
| | : | |
| Defendant. | : | |

**ORDER**

    **WHEREAS**, on November 16, 2007, the Court held a plea hearing in which defendant Christina Song pled guilty to a two-count Information charging her with one count of conspiracy to defraud the United States (18 U.S.C. § 371) and one count of mail fraud (18 U.S.C. §§ 1341, 2), as well as forfeiture (18 U.S.C. § 981, 28 U.S.C. § 2461);

    **WHEREAS**, at that hearing, the parties requested that a sentencing date be postponed for three months and that the parties submit a joint status report by February 19, 2008;

    **WHEREAS**, the Court granted that request and instructed the parties to file a status report by February 19, 2008;

    **WHEREAS**, on February 18, 2008, the parties filed a Joint Status Report requesting that the defendant's sentencing date be postponed an additional three months to allow the defendant to continue to provide assistance to the government's investigation;

    **WHEREAS**, the Court granted that request and instructed the parties to file a status report by May 19, 2008;

    **WHEREAS**, on May 19, 2008, the government submitted a Joint Status Report, requesting that the Court set a sentencing date for defendant Song in early September 2008;

Based on the above and the entire record in this matter, it is this ____ day of May 2008 hereby

**ORDERED** that defendant Song will be sentenced on the _____ day of September 2008 at _____ a.m./p.m.

_____
Richard W. Roberts
United States District Court Judge