Case 1:07-cr-00261-RWR    Docu

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,    :
                             :    **CRIMINAL NO. 07-261 (RWR)**
                             :
            v.               :
                             :
                             :
CHRISTINA SONG,              :    **FILED**
                             :
            Defendant.       :    **MAY 3 0 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

**WHEREAS**, on November 16, 2007, the Court held a plea hearing in which defendant Christina Song pled guilty to a two-count Information charging her with one count of conspiracy to defraud the United States (18 U.S.C. § 371) and one count of mail fraud (18 U.S.C. §§ 1341, 2), as well as forfeiture (18 U.S.C. § 981, 28 U.S.C. § 2461);

**WHEREAS**, at that hearing, the parties requested that a sentencing date be postponed for three months and that the parties submit a joint status report by February 19, 2008;

**WHEREAS**, the Court granted that request and instructed the parties to file a status report by February 19, 2008;

**WHEREAS**, on February 18, 2008, the parties filed a Joint Status Report requesting that the defendant's sentencing date be postponed an additional three months to allow the defendant to continue to provide assistance to the government's investigation;

**WHEREAS**, the Court granted that request and instructed the parties to file a status report by May 19, 2008;

**WHEREAS**, on May 19, 2008, the government submitted a Joint Status Report, requesting that the Court set a sentencing date for defendant Song in early September 2008;

Case 1:07-cr-00261-RWR

Based on the above and the entire record in this matter, it is this _27th_ day of May 2008

hereby

**ORDERED** that defendant Song will be sentenced on the _2nd_ day of ~~September~~ *October* 2008 at

_10:00_ a.m./~~p.m.~~

_____

Richard W. Roberts
United States District Court Judge